IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-12-CA-00657-FB |
| DAVID MONTELONGO and MELINA MONTELONGO, | § § § § | |
| Defendants. | § § | |

### ORDER OF ADMINISTRATIVE CLOSURE

On May 21, 2013, defendants David Montelongo and Melina Montelongo filed a Suggestion of Bankruptcy Proceedings (docket #31) notifying the Court and the parties of their bankruptcy petition filed under Chapter 7 of the United States Bankruptcy Code in the Western District of Texas, San Antonio Division. As a result, all legal proceedings against them are stayed pursuant to 11 U.S.C. § 362.

Accordingly, IT IS HEREBY ORDERED that this case is ADMINISTRATIVELY CLOSED without prejudice to the right of the parties to reopen this proceeding by motion of any party within thirty (30) days after conclusion of the bankruptcy proceedings in cause number 13-51337.

It is so ORDERED.

SIGNED this 25th day of June, 2013.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE